MARK GOLDMAN
A Professional Corporation
55 Washington Street
East Orange, New Jersey    07017
Tel. 973-677-9000

Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Christine S. Prestininzi

| In Re:<br><br>CHRISTINE S. PRESTININZI,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 05-33906/RG<br><br>Chapter 13<br><br>SUBSTITUTION OF ATTORNEY |
|---|---|

The undersigned hereby consents to the substitution of Mark Goldman, P.C., 55 Washington Street, East Orange, New Jersey 07017, as attorneys for the debtor.

By: /s/ Michael G. Boyd
MICHAEL G. BOYD, ESQ.
Withdrawing Attorney
Dated: September 5, 2008

MARK GOLDMAN, P.C.

By: /s/ Mark Goldman
MARK GOLDMAN, ESQ.
Superceding Attorney
Dated: September 5, 2008